**Dismissed and Opinion Filed May 3, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-91-00726-CV**
_____

**CAPITAL CONCEPTS PROPERTIES 82-1, A TEXAS PARTNERSHIP D/B/A EXECUTIVE INN A/K/A BEST WESTERN EXECUTIVE INN, RICHARD CALLAGHAN, KENNETH FRISBIE, AND G. T. COX,** Appellants
**V.**
**GENERAL ELECTRIC CAPITAL CORPORATION, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 90-13402-M**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Pedersen, III

We reinstate this appeal. This case was abated in July 1991 due to bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system; however, nothing on that system indicated that a bankruptcy case was still pending.

We then notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond

would result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss the appeal. *See id.* 42.3(b),(c).

910726f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CAPITAL CONCEPTS
PROPERTIES 82-1, A TEXAS
PARTNERSHIP D/B/A
EXECUTIVE INN A/K/A BEST
WESTERN EXECUTIVE INN,
RICHARD CALLAGHAN,
KENNETH FRISBIE, AND G. T.
COX, Appellants

On Appeal from the 298th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. 90-13402-M.
Opinion delivered by Justice
Pedersen, III. Justices Osborne and
Nowell participating.

No. 05-91-00726-CV      V.

GENERAL ELECTRIC CAPITAL
CORPORATION, Appellee

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 3rd day of May, 2021.